IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-cv-03730 |
| | § | |
| GRANT MEADOWS, L.L.C., | § | |
| *Defendant.* | § | |

## PLAINTIFF'S DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiff, KH-REIT II FUNDING XXII, LLC advising the Court and all parties pursuant to Fed. R. Civ. P. 7.1 that KH-REIT II FUNDING XXII, LLC, a Delaware limited liability company, is wholly owned by Knighthead SSRE REIT II, Inc., a Delaware corporation.

Date: November 8, 2022

    Respectfully submitted,

    HAJJAR | PETERS, LLP
    3144 Bee Caves Road
    Austin, Texas 78746
    Telephone: (512) 637-4956
    Facsimile: (512) 637-4958

    By: */s/ Joshua Eames-Cepero*
        Joshua Eames-Cepero
        State Bar No. 24109826
        Southern District No. 3355889
        jeames@legalstrategy.com
        Attorney-in-Charge

    */s/ Matthew Baumgartner*
    **MATTHEW BAUMGARTNER**
    State Bar No. 24062605
    Southern District No. 1626953

mbaumgartner@abaustin.com  
**DAVID KING**  
State Bar No. 24083310  
Southern District No. 2414517  
dking@abaustin.com  
**ARMBRUST & BROWN, PLLC**  
100 Congress Avenue, Suite 1300  
Austin, Texas 78701  
Telephone (512) 435-2300  
Telecopier (512) 435-2360  
Of Counsel  

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2022, I sent a true and correct copy to the following pursuant to the Federal Rules of Civil Procedure to Defendant's counsel.

/s/ *Joshua Eames-Cepero*  
Joshua Eames-Cepero