IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

**NOTICE OF APPEARANCE FOR PLAINTIFF**

PLEASE TAKE NOTICE that Guillermo A. Alarcón of Armbrust & Brown, PLLC hereby enters this appearance as counsel on behalf of Plaintiff KH-REIT II Funding XXII, LLC and respectfully requests that all future correspondence, pleadings, and other service of documents to Plaintiff be served upon the following:

Guillermo A. Alarcón
ARMBRUST & BROWN, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone: (512) 435-2300
Facsimile: (512) 435-2360
galarcon@abaustin.com

Dated this 14th day of December, 2022.

Respectfully submitted,

HAJJAR | PETERS, LLP
3144 Bee Caves Road
Austin, Texas 78746
Telephone: (512) 637-4956
Facsimile: (512) 637-4958

By: */s/ Joshua Eames-Cepero*
Joshua Eames-Cepero
State Bar No. 24109826
Southern District No. 3355889

{W1196795.1}

jeames@legalstrategy.com
Attorney-in-Charge

*/s/ Guillermo A. Alarcon*
**MATTHEW BAUMGARTNER**
State Bar No. 24062605
Southern District No. 1626953
mbaumgartner@abaustin.com
**DAVID KING**
State Bar No. 24083310
Southern District No. 2414517
dking@abaustin.com
**GUILLERMO A. ALARCON**
State Bar No. 24099176
Southern District No. 3122674
galarcon@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone (512) 435-2300
Telecopier (512) 435-2360
Of Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion has been sent to the following counsel of record by electronic service on December 14, 2022:

Sara M. Prasatik
sprasatik@wcflaw.com
Scot Clinton
sclinton@wcflaw.com
WILSON CRIBBS & GOREN, P.C.
2500 Fannin Street
Houston, Texas 77002

*/s/ Guillermo A. Alarcón*
GUILLERMO A. ALARCÓN