IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC<br>*Plaintiff*,<br><br>v.<br><br>GRANT MEADOWS, L.L.C.<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. NO. 4:22-CV-03730 |

### DEFENDANT GRANT MEADOWS, L.L.C.'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Grant Meadows, L.L.C. files this unopposed motion for substitution of counsel.

1. Plaintiff is KH-REIT II FUNDING XXII, LLC ("**KH-REIT**"). Defendant is GRANT MEADOWS, L.L.C. ("**Grant Meadows**"). Third-Party Plaintiff is Fidelity National Title Insurance Company ("**Fidelity**").

2. On October 27, 2022, KH-REIT filed this lawsuit and alleged that Grant Meadows attempted to terminate a contract to purchase real property based on an improper title objection. [*Doc. Entry # 1*]. On November 22, 2022, Grant Meadows filed an answer with affirmative defenses and counterclaims [*Doc. Entry # 6*]. On December 13, 2022, Fidelity filed a Complaint for Interpleader and Declaratory Relief against KH-REIT and Grant Meadows [*Doc. Entry # 7*]. On December 14, 2022, KH-REIT filed a partial motion to dismiss Grant Meadows' declaratory judgment counterclaim pursuant to Rule 12(b)(6) [*Doc. Entry # 9*]. Also, on December 14, 2022 KH-REIT filed an answer to Grant Meadows' counterclaims subject to the partial motion to dismiss [*Doc. Entry # 9*].

3. Grant Meadows is presently represented by attorney-in-charge Sara Prasatik, and of counsel Scot Clinton, with Wilson Cribbs & Goren, P.C.

4. Grant Meadows requests that attorney-in-charge Prasatik and of counsel Clinton be

1

permitted to withdraw as counsel, and that J. Robert MacNaughton be substituted as attorney-in-charge, and of counsel Brad Porter, with Porter Law Firm PLLC. Mr. MacNaughton's state bar number/federal ID number, office address, e-mail address, telephone number, and fax number are as follows:

> State Bar Texas No. 00789944
> SDTX Fed. ID. 18350
> 2221 S. Voss Road, Suite 200
> Houston, Texas 77057
> robert@porterfirm.com
> Tel. 713-621-0700
> Fax 713-621-0709

5. Grant Meadows approves the substitution. KH-REIT is unopposed to the substitution. Fidelity is unopposed the substitution. The substitution of counsel is for good cause and not for delay but so that justice may be done.

6. For these reasons, Grant Meadows asks the Court to grant this motion for attorney-in-charge Sara Prasatik and of counsel Scot Clinton with Wilson Cribbs & Goren, P.C. to withdraw as counsel, and substitute as attorney in charge J. Robert MacNaughton and of counsel Brad Porter with Porter Law Firm, PLLC, and for all other relief to which it may be entitled.

> Respectfully submitted,
>
> **WILSON CRIBBS & GOREN, P.C.**
>
> By: */s/Sara M. Prasatik*
> Sara M. Prasatik,
> Attorney-in-Charge
> TBN 24088251
> Federal ID No.:3229840
> sprasatik@wcglaw.com
> 2500 Fannin Street
> Houston, Texas 77002
> Tel: 713-222-9000
> Fax: 713-229-8824
>
> **ATTORNEYS FOR DEFENDANT/**

**COUNTER-PLAINTIFF,
GRANT MEADOWS, L.L.C.**

**OF COUNSEL:**

**WILSON CRIBBS & GOREN, P.C.**

    Scot Clinton
    TBN 24045667
    Federal ID No.:569701
    sclinton@wcglaw.com
    2500 Fannin Street
    Houston, Texas 77002
    Tel: 713-222-9000
    Fax: 713-229-8824

*-and-*

**PORTER LAW FIRM, PLLC**

By: */s/J. Robert MacNaughton*
    J. Robert MacNaughton
    State Bar Texas No. 00789944
    SDTX Fed. ID. 18350
    robert@porterfirm.com
    2221 S. Voss Road, Suite 200
    Houston, Texas 77057
    Tel.: 713-621-0700
    Fax: 713-621-0709

**ATTORNEYS FOR DEFENDANT/
COUNTER-PLAINTIFF,
GRANT MEADOWS, L.L.C.**

**OF COUNSEL:**

**PORTER LAW FIRM, PLLC**

    Brad E. Porter
    State Bar Texas No. 24048741
    brad@porterfirm.com
    2221 S. Voss Road, Suite 200
    Houston, Texas 77057
    Tel.: 713-621-0700
    Fax: 713-621-0709

# CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2023, a true and correct copy of the above and foregoing was filed on the CM/ECF system and served to all counsel of record via electronic notices, facsimile, and/or U.S. Postal Mail in compliance with the Federal Rules of Civil Procedure, as follows:

Joshua Eames-Cepero
HAJJAR PETERS, LLP
3144 Bee Caves Road
Austin, Texas 78746
jeames@legalstrategy.com
**Attorneys for Plaintiff/Counter-Defendant
KH-REIT II FUNDING XXII, LLC**

Matthew Baumgartner
David King
ARMBRUST & BROWN, PLLC
100 Congress Avenue, Ste. 1300
Austin, Texas 78701
mbaumgartner@abaustin.com
dking@abaustin.com
**Attorneys for Plaintiff/Counter-Defendant
KH-REIT**

J. Manuel Torres-Rodriguez
Gregory T. Brewer
FIDELITY NATIONAL LAW GROUP
6900 Dallas Parkway, Suite 610
Plano, Texas 75024
Manuel.Torres@fnf.com
**Attorneys for Third-Party Plaintiff
FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

                                                            */s/Sara M. Prasatik*
                                                          Sara Prasatik