IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC<br>*Plaintiff*,<br><br>v.<br><br>GRANT MEADOWS, L.L.C.<br>*Defendant*. | §§§§§§§ | C.A. NO. 4:22-CV-03730 |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

After considering Defendant Grant Meadows, L.L.C.'s motion for substitution of counsel ("Motion"), the Court **GRANTS** the Motion. Attorney-in-charge Sara Prasatik and of counsel Scot Clinton with Wilson Cribbs & Goren, P.C. are withdrawn as counsel and substituted by attorney-in-charge J. Robert MacNaughton and of counsel Brad Porter with Porter Law Firm, PLLC.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on January 12, 2023.

HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE