IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

## UNOPPOSED MOTION TO WITHDRAW
## JOSHUA EAMES-CEPERO AS COUNSEL FOR PLAINTIFF

Plaintiff KH-Reit II Funding XXII, LLC files this Unopposed Motion to Withdraw Josh Eames-Cepero as Counsel for Plaintiff.

Plaintiff's Attorney in Charge, Joshua Eames-Cepero, has accepted employment at a new law firm and will no longer be able to represent Plaintiff in this matter. Therefore, Plaintiff requests that Mr. Eames-Cepero be allowed to withdraw from this matter. In his stead, Plaintiff will designate Matthew B. Baumgartner, who is currently of counsel in this matter, as Attorney in Charge.

Counsel for Plaintiff has conferred with counsel for Defendant, who states that Defendant does not oppose this motion.

Wherefore, premises considered, Plaintiff respectfully requests that Mr. Eames-Cepero be allowed to withdraw from this case.

    Respectfully submitted,

    HAJJAR | PETERS, LLP
    3144 Bee Caves Road
    Austin, Texas 78746
    Telephone: (512) 637-4956
    Facsimile: (512) 637-4958

    By: */s/ Joshua Eames-Cepero*

Joshua Eames-Cepero
State Bar No. 24109826
Southern District No. 3355889
jeames@legalstrategy.com
Attorney-in-Charge

*/s/ Matthew Baumgartner*
**MATTHEW BAUMGARTNER**
State Bar No. 24062605
Southern District No. 1626953
mbaumgartner@abaustin.com
**DAVID KING**
State Bar No. 24083310
Southern District No. 2414517
dking@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone (512) 435-2300
Telecopier (512) 435-2360
Of Counsel

## CERTIFICATE OF CONFERECE

I hereby certify that on February 3, 2023, I conferred with Mr. Robert McNaughton, counsel for Defendant, and he informed me that Defendant does not oppose this motion.

*/s/ Guillermo A. Alarcon*
Guillermo A. Alarcon

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served on all counsel of record on February 3, 2023.

*/s/ Guillermo A. Alarcon*
Guillermo A. Alarcon