IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

## ORDER GRANTING MOTION TO WITHDRAW OF JOSHUA EAMES-CEPERO AS COUNSEL FOR PLAINTIFF

The Court considered Joshua Eames-Cepero's Unopposed Motion to Withdraw as Counsel for Plaintiff in the above-referenced matter. After considering the Motion and any response, the Court hereby **GRANTS** the Motion and **ORDERS** that Joshua Eames-Cepero is hereby withdrawn as attorney in charge for Plaintiff and Matthew B. Baumgartner is hereby substituted as attorney in charge for Plaintiff.

Signed at Houston, Texas on February 3, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1