IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

## NOTICE OF FILING OF RULE 26(F) CONFERENCE REPORT AND AGREED SCHEDULING ORDER

COMES NOW Plaintiff KH-REIT II Funding XXII, LLC and files this Notice of Filing of Rule 26(f) Conference Report and Agreed Scheduling Order. A copy of the Rule 26(f) Conference Report is attached as Exhibit A and the Agreed Scheduling Order is attached as Exhibit B, and are incorporated herein by reference.

Respectfully submitted,

*/s/ Matthew Baumgartner*
**MATTHEW BAUMGARTNER**
Texas State Bar No. 24062605
Southern District of Texas No. 1626953
mbaumgartner@abaustin.com
(512) 435-2308
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
***Attorney in Charge***

**DAVID KING**
Texas State Bar No. 24083310
Southern District of Texas No. 2414517
dking@abaustin.com
**GUILLERMO ALARCON**
Texas State Bar No. 24099176
Southern District of Texas No. 3122674
galarcon@abaustin.com

(512) 435-2383
Armbrust & Brown, PLLC
100 Congress Avenue, Suite 1300
Austin, Texas 78701
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served on all counsel of record on February 7, 2023.

*/s/ Guillermo A. Alarcon*
Guillermo A. Alarcon