# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC,<br>    *Plaintiff,* | § § § | |
| v. | § § | Case No. 4:22-CV-3730 |
| GRANT MEADOWS, LLC,<br>    *Defendant.* | § § § | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __2__ Days                    Jury:_____   Non-Jury: _x_

1. NEW PARTIES shall be joined by:                                         May 9, 2023
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF and
   COUNTER-PLAINTIFF will be identified by a
   report listing the qualifications of each expert,
   each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                 May 26, 2023

3. REBUTTAL EXPERT WITNESSES for the
   DEFENDANT and COUNTER-DEFENDANT
   will be identified by a report listing the
   qualifications of each expert, each opinion that the
   expert will present, and the
   basis for it.  DUE DATE:                                                July 8, 2023

4. DISCOVERY must be completed by:                                         October 31, 2023
   Written discovery requests are not timely if they are
   filed so close to this deadline that the recipient
   would not be required under the Federal Rules of
   Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:
   
                                                                           (Due 90 Days Prior to Trial
                                                                           Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
   (The Court will fill in this date)
                                                                           (Due Monday one week
                                                                           before trial)

7. TRIAL will begin at 9:00 a.m.

(15 Months from date case is filed)

| | |
|---|---|
| Date | Keith P. Ellison<br>United States District Judge |
| February 7, 2023<br>Date | */s/ Matthew Baumgartner*<br>Counsel for Plaintiff(s) |
| February 7, 2023<br>Date | */s/ Robert MacNaughton*<br>Counsel for Defendant(s) |

{W1207500.1}  2