IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __2__ Days          Jury:_____  Non-Jury: _x_

1. NEW PARTIES shall be joined by:                                          May 9, 2023
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF and
   COUNTER-PLAINTIFF will be identified by a
   report listing the qualifications of each expert,
   each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                  May 26, 2023

3. REBUTTAL EXPERT WITNESSES for the
   DEFENDANT and COUNTER-DEFENDANT
   will be identified by a report listing the
   qualifications of each expert, each opinion that the
   expert will present, and the
   basis for it. DUE DATE:                                                  July 8, 2023

4. DISCOVERY must be completed by:                                          October 31, 2023
   Written discovery requests are not timely if they are
   filed so close to this deadline that the recipient
   would not be required under the Federal Rules of
   Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:                           December 8, 2023
   
   (Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
   (The Court will fill in this date)                                       March 4, 2024
   
   (Due Monday one week before trial)

7. TRIAL will begin at 9:00 a.m.           March 11, 2024
                                                                                                                 (15 Months from date case is filed)

February 7, 2023
Date

                                                                                                        Keith P. Ellison
                                                                                                        United States District Judge

February 7, 2023                                        */s/ Matthew Baumgartner*
Date                                                                            Counsel for Plaintiff(s)

February 7, 2023                                        */s/ Robert MacNaughton*
Date                                                                            Counsel for Defendant(s)