UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § | CIVIL ACTION NO. 4:22-CV-03730 |
| GRANT MEADOWS, L.L.C., | | |
| Defendant. | | |

## ORDER

Before the Court is Plaintiff's Partial Motion to Dismiss Defendant's Declaratory Judgement Counterclaims. (Doc. 9.) Defendant has failed to respond to the Motion and the original time for a response passed on January 4, 2023. This Court's local rules provide that "[f]ailure to respond to a motion will be taken as a representation of no opposition." (LR 7.4.) Accordingly, the Court **GRANTS** Plaintiff's Motion in its entirety. Defendants' claims for declaratory relief are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed at Houston, Texas on March 2, 2023.

Keith P. Ellison
United States District Judge

1 / 1