IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff KH-Reit II Funding XXII, LLC ("Knighthead") and Defendant Grant Meadows, LLC jointly file this Agreed Motion to Amend Scheduling Order and respectfully request that the Court sign and enter as the controlling order in this case the attached First Amended Scheduling/Docket Control Order.

Grant Meadows has indicated that it needs until May 15, 2023 to complete its production of documents for its Rule 26 Initial Disclosures and in response to Knighthead's Requests for Disclosure (served on February 16, 2023). To provide Grant Meadows the time to complete its document production, the parties have agreed to a mutual document exchange date of May 17, 2023, at which time the parties will produce documents responsive to any currently pending document requests and as required by Rule 26(a)(1)(A)(ii)-(iii).

This agreed document exchange date necessitates changes in other scheduling order deadlines, which are reflected in the attached First Amended Agreed Scheduling Order. The parties do *not* seek to move the Dispositive Motions deadline of December 8, 2023, the Joint Pre-Trial and Motions *in Limine* deadline of March 4, 2024, or the Trial date of March 11, 2024.

For these reasons, the parties jointly request that the Court sign and enter as the controlling scheduling order in this case the attached First Amended Scheduling/Docket Control Order.

Respectfully submitted,

*/s/ Matthew Baumgartner*
**MATTHEW BAUMGARTNER**
State Bar No. 24062605
Southern District No. 1626953
mbaumgartner@abaustin.com
**DAVID KING**
State Bar No. 24083310
Southern District No. 2414517
dking@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone (512) 435-2300
Telecopier (512) 435-2360

ATTORNEYS FOR PLAINTIFF KH-REIT
FUNDING XXII, LLC

Agreed:

*/s/J. Robert MacNaughton*
**J. ROBERT MACNAUGHTON**
**PORTER LAW FIRM**
2221 S. Voss Rd., Suite 200
Houston, Texas 77057
robert@porterfirm.com
(713) 600-4314

ATTORNEY FOR DEFENDANT
GRANT MEADOWS, LLC

## CERTIFICATE OF CONFERECE

I hereby certify that on April 20, 2023, I conferred with Mr. Robert McNaughton, counsel for Defendant, and he informed me that Defendant does not oppose this motion.

*/s/ Guillermo A. Alarcon*
Guillermo A. Alarcon

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing pleading was served on all counsel of record on April 20, 2023.

<u>*/s/ Guillermo A. Alarcon*</u>
Guillermo A. Alarcon