IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

### FIRST AMENDED SCHEDULING/DOCKET CONTROL ORDER

By agreed motion of the parties, the Court enters this First Amended Scheduling/Docket Control Order, which supersedes the Scheduling/Docket Control Order entered on February 7, 2023 (Dckt. # 16).

Anticipated Length of Trial:  __2__ Days          Jury:_____  Non-Jury:_x_

1.  NEW PARTIES shall be joined by:                    _____July 9, 2023_____
    The Attorney causing the addition of new parties will
    provide copies of this Order to new parties.

2.  EXPERT WITNESSES for the PLAINTIFF and
    COUNTER-PLAINTIFF will be identified by a
    report listing the qualifications of each expert,
    each opinion that the expert will present, and the
    basis for it. DUE DATE:                            _____August 25, 2023_____

3.  REBUTTAL EXPERT WITNESSES for the
    DEFENDANT and COUNTER-DEFENDANT
    will be identified by a report listing the
    qualifications of each expert, each opinion that the
    expert will present, and the
    basis for it.  DUE DATE:                           _____September 29,  2023

4.  DISCOVERY must be completed by:                    _____November 30, 2023_____
    Written discovery requests are not timely if they are
    filed so close to this deadline that the recipient
    would not be required under the Federal Rules of
    Civil Procedure to respond until after the deadline.

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
    (except motions *in limine*) will be filed by:     December 8, 2023_____
                                                       (Due 90 Days Prior to Trial
                                                       Date)

{4060001.1}                          1

6.      JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
        (The Court will fill in this date)

March 4. 2024
(Due Monday one week
before trial)

7.      TRIAL will begin at 9:00 a.m.

March 11, 2024
(15 Months from date case is
filed)

_____
Date

_____
Keith P. Ellison
United States District Judge

April 17, 2023
Date

*/s/ Matthew Baumgartner*
Counsel for Plaintiff(s)

April____, 2023
Date

*/s/ Robert MacNaughton*
Counsel for Defendant(s)