IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | Case No. 4:22-CV-3730 |
| § | | |
| GRANT MEADOWS, LLC, § | | |
| *Defendant.* § | | |

### FIRST AMENDED SCHEDULING/DOCKET CONTROL ORDER

By agreed motion of the parties, the Court enters this First Amended Scheduling/Docket Control Order, which supersedes the Scheduling/Docket Control Order entered on February 7, 2023 (Dckt. # 16).

Anticipated Length of Trial: __2__ Days          Jury:_____ Non-Jury: _x___

1. NEW PARTIES shall be joined by:                                     July 9, 2023
   The Attorney causing the addition of new parties will
   provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF and
   COUNTER-PLAINTIFF will be identified by a
   report listing the qualifications of each expert,
   each opinion that the expert will present, and the
   basis for it. DUE DATE:                                              August 25, 2023

3. REBUTTAL EXPERT WITNESSES for the
   DEFENDANT and COUNTER-DEFENDANT
   will be identified by a report listing the
   qualifications of each expert, each opinion that the
   expert will present, and the
   basis for it.  DUE DATE:                                             September 29, 2023

4. DISCOVERY must be completed by:                                     November 30, 2023
   Written discovery requests are not timely if they are
   filed so close to this deadline that the recipient
   would not be required under the Federal Rules of
   Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS
   (except motions *in limine*) will be filed by:                      December 8, 2023
                                                                       (Due 90 Days Prior to Trial
                                                                       Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
(The Court will fill in this date)

March 4. 2024
(Due Monday one week before trial)

7. TRIAL will begin at 9:00 a.m.

March 11, 2024
(15 Months from date case is filed)

<u>April 20, 2023</u>
Date

*/s/ Keith P. Ellison*
Keith P. Ellison
United States District Judge

<u>April 17, 2023</u>
Date

*/s/ Matthew Baumgartner*
Counsel for Plaintiff(s)

April ___, 2023
Date

*/s/ Robert MacNaughton*
Counsel for Defendant(s)