**EXHIBIT "3"**

**From:** Guillermo Alarcon <GAlarcon@abaustin.com>
**Sent:** Tuesday, September 12, 2023 11:22:28 AM
**To:** Weston Ray <weston@porterfirm.com>
**Cc:** Matthew Baumgartner <MBaumgartner@abaustin.com>
**Subject:** RE: Jamea - Waiver of Service

Weston,

We don't agree that this case is appropriate for conducting word searches. Word searches are appropriate only when the relevant document sources are too voluminous to review document by document. This case involves a relatively short time-frame, and as far as we can tell, your client has only three records custodian (Shahin, PJ, and Espinosa). We pulled the entirety of our client's email folders and files for this transaction and reviewed each document individually. We don't see why you cannot do the same.

In addition your search parameters are inadequate. You do not identify the records custodians or sources you plan to search. And it appears you are missing communications with lenders, investors, and CBRE.

At his deposition, Jamea could not recall the lenders he and CBRE were in discussions with. And his memory about potential investors was, at best, vague. (All potential lenders and investors should have been included in the initial disclosures). Jamea's failure to recall key witnesses and facts leads us to believe that you will not be able to come up with an adequate list of search terms.

Guillermo

**From:** Weston Ray <weston@porterfirm.com>
**Sent:** Tuesday, September 5, 2023 9:33 PM
**To:** Guillermo Alarcon <GAlarcon@abaustin.com>
**Cc:** Matthew Baumgartner <MBaumgartner@abaustin.com>
**Subject:** RE: Jamea - Waiver of Service

Good evening Guillermo and Matthew, please see the proposed search parameters below:

Names
KH-REIT II Funding XXII, LLC
Knighthead SSRE REIT, Inc.

**EXHIBIT "3"**

Grant Meadows, LLC
2606 Fannin, LLC
Shahin Jamea
CenterPoint Energy
Fidelity National Title Insurance Company
Main 2601 Partners, LLC
Brent Friedman
Caydon USA General Partners 2, LLC
Caydon Houston Property 2 LP
Caydon District Development, LLC
Joseph James Russo
Joshua D. Bernstein
Sandy Dasigenis, Trustee
C. L. Davis & Company
Chuck Davis
Davis Adams
JLL Capital Markets
Riverway Title Company
Madison Pacific Trust Limited
2701 Main Street, Houston, Texas
2627 Main Street, Houston, Texas
"Power Pole"
"Transformer"
"Easement"

Document Names
PSA - Purchase and Sale Agreement between KH-REIT II Funding XXII, LLC and Grant Meadows, LLC dated March 31, 2022
1st Amendment to PSA dated May 10, 2022
2nd Amendment to PSA dated June 29, 2022
3rd Amendment to PSA dated July 18, 2022
Caydon Contract - Unrecorded purchase and sale agreement, dated June 16, 2017, between Main 2601 Partners, LLC and Caydon Houston Property 2 LP
Title Company GF File - Fidelity Title Co file - GF No. FAH22004012.
Easement - Encroachment, Maintenance and Access Easement Agreement, dated August 3, 2017, between Main 2601 Partners, LLC and Caydon Houston Property 2 LP, and recorded RP-2017-350471
Purchaser's Title Objection Letter April 22, 2022

April 25, 2022 letter from Main 2601 Partners, LLC
April 29, 2022 Seller's Response to Title Objection Letter
May 10, 2022 Seller's Response letter to Neighbor April demand.
June 27, 2022 letter from Main 2601 Partners, LLC
October 11, 2022 Grant Meadow letter
October 18, 2022 Seller letter (attorney) "ready willing and able to close"

**EXHIBIT "3"**

October 20, 2022, e-mail from CenterPoint Energy to Seller with attachments that were unreadable to Seller.
October 21, 2022, Seller e-mail (attorney) to CenterPoint Energy directly and requested copies of the 10-20-22 letter documents in .PDF
October 24, 2022 Seller letter (attorney) Notice of Default and Res Rights
October 24, 2022 Purchaser Supplement Title Objection letter
October 25, 2022 Seller letter (attorney)
October 26, 2022 Purchaser Notice of Termination letter
October 27, 2022 Seller letter (attorney) Notice of Default demand for funds

Please let me know once you have had a chance to review.

Best regards,

**Weston Ray**
Attorney



d 713.533.1933 | c 512.563.8114
[2221 S. Voss | Houston, TX 77057](#)

 [PorterFirm.com](#)

The contents of this email message are confidential and may be attorney-client privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply email or phone and **delete** this message and its attachments, if any. This communication does not reflect an intent on by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means or to constitute an electronic signature. As required by the United States Treasury Regulations, this communication is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding penalties that may be imposed under the United States federal tax laws.

---

**From:** Weston Ray
**Sent:** Thursday, August 31, 2023 11:57 AM
**To:** Guillermo Alarcon <GAlarcon@abaustin.com>
**Cc:** Matthew Baumgartner <MBaumgartner@abaustin.com>
**Subject:** RE: Jamea - Waiver of Service

Good morning, are either of you available for a quick call today or tomorrow to discuss the outstanding discovery issues?

Best regards,

**Weston Ray**
Attorney