| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

KH−REIT II Funding XXII, LLC
   *Plaintiff(s),*

v.                                                  Case No. 4:22−cv−03730

Grant Meadows, L.L.C., et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Compel − #24

DATE: **10/31/2023**

TIME: **04:00 PM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID − press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                            Date: October 30, 2023

By Deputy Clerk, A. Rivera