IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
| *Defendant.* | § | |

**SECOND AGREED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff KH-Reit II Funding XXII, LLC ("Knighthead") and Defendants Grant Meadows, LLC and Shahin Jamea jointly file this Second Agreed Motion to Amend Scheduling Order and respectfully request that the Court sign and enter as the controlling order in this case the attached Second Amended Scheduling/Docket Control Order.

The delays in discovery, which have been the subject of a motion to compel and court ruling, have necessitated a change to the existing scheduling order deadlines. The parties' agreed upon changes are reflected in the attached Second Amended Agreed Scheduling Order. The parties respectfully request a new trial date after September 1, 2024.

For these reasons, the parties jointly request that the Court sign and enter as the controlling scheduling order in this case the attached Second Amended Scheduling/Docket Control Order.

Respectfully submitted,

*/s/ Matthew Baumgartner*
**MATTHEW BAUMGARTNER**
State Bar No. 24062605
Southern District No. 1626953
mbaumgartner@abaustin.com
**GUILLERMO A. ALARCON**, Of Counsel
Texas State Bar No. 24099176

1

Southern District of Texas No. 3122674
galarcon@abaustin.com
**DAVID KING**
State Bar No. 24083310
Southern District No. 2414517
dking@abaustin.com

**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone (512) 435-2300
Telecopier (512) 435-2360

ATTORNEYS FOR PLAINTIFF KH-REIT
FUNDING XXII, LLC

Agreed:

*/s/ Robert MacNaughton*
**J. ROBERT MACNAUGHTON**
**PORTER LAW FIRM**
2221 S. Voss Rd., Suite 200
Houston, Texas 77057
robert@porterfirm.com
(713) 600-4314

ATTORNEY FOR DEFENDANTS
GRANT MEADOWS, LLC AND SHAHIN JAMEA

# CERTIFICATE OF CONFERECE

I hereby certify that on January 31, 2024, I conferred with Mr. Weston Ray, counsel for Defendant, and he informed me that Defendant does not oppose this motion.

                */s/ Matthew Baumgartner*
                Matthew Baumgartner

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing pleading was served on all counsel of record on January 31, 2024.

*/s/ Matthew Baumgartner*
Matthew Baumgartner

4858-7979-6350, v. 1