UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KH-REIT II FUNDING XXII, LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-3730 |
| | § | |
| **GRANT MEADOWS, L.L.C.** and | § | |
| **SHAHIN JAMEA,** | § | |
| | § | |
| *Defendants*. | § | |

## ORDER FOR EXPEDITED BRIEFING

Plaintiff filed a Second Motion to Compel and for Additional Discovery Sanctions. ECF No. 35. The Court requires expedited briefing on the motion. Defendants are instructed to file a response on or before Monday, February 12, 2024. Plaintiff may file a reply, if any, on or before February 15, 2024.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 5th day of February, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE