IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, LLC, | § | |
|     *Defendant.* | § | |

## SECOND AMENDED SCHEDULING/DOCKET CONTROL ORDER

By agreed motion of the parties, the Court enters this Second Amended Scheduling/Docket Control Order, which supersedes the Scheduling/Docket Control Order entered on April 20, 2023 (Dckt. # 19).

Anticipated Length of Trial: __2__ Days          Jury:__x__ Non-Jury:____

1. NEW PARTIES shall be joined by:      Passed
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

2. EXPERT WITNESSES for the PLAINTIFF and COUNTER-PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:      March 15, 2024

3. REBUTTAL EXPERT WITNESSES for the DEFENDANT and COUNTER-DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:      April 15, 2024

4. DISCOVERY must be completed by:      May 1, 2024
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE and NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:      June 1, 2024

4889-8339-6257, v. 1

6.     JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*                                                 
       (The Court will fill in this date)                              September 16, 2024
                                                                                       (Due Monday one week before trial)

7.     TRIAL will begin at 9:00 a.m.                                                         September 23, 2024

_____                                   _____
Date                                                                                 Keith P. Ellison
                                                                                       United States District Judge

February 6, 2024                                            */s/ Matthew Baumgartner*
Date                                                                       Counsel for Plaintiff(s)

February 6, 2024                                            */s/ J. Robert MacNaughton*
Date                                                                       Counsel for Defendant(s)

4889-8339-6257, v. 1