# EXHIBIT "A"

**From:** Weston Ray
**Sent:** Monday, February 5, 2024 6:11 PM
**To:** Guillermo Alarcon <GAlarcon@abaustin.com>
**Cc:** Matthew Baumgartner <MBaumgartner@abaustin.com>
**Subject:** RE: 4:22-cv-003730

Guillermo, there were only 56 that were not duplicates of prior productions.

Best regards,

**Weston Ray**
Attorney



**d** 713.533.1933 | **c** 512.563.8114
2221 S. Voss | Houston, TX 77057

   PorterFirm.com

The contents of this email message are confidential and may be attorney-client privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply email or phone and **delete** this message and its attachments, if any. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means or to constitute an electronic signature. As required by the United States Treasury Regulations, this communication is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding penalties that may be imposed under the United States federal tax laws.

**From:** Guillermo Alarcon <GAlarcon@abaustin.com>
**Sent:** Sunday, February 4, 2024 3:32 PM
**To:** Weston Ray <weston@porterfirm.com>
**Cc:** Matthew Baumgartner <MBaumgartner@abaustin.com>
**Subject:** RE: 4:22-cv-003730

Weston—This can't be everything. This production contains only 56 emails. The *earliest* email in this set is from October 19, 2022. We know for a fact that Espinosa was very involved in the project generally, and in the power pole removal specifically, for months before October 2022.

Guillermo

**From:** Weston Ray <weston@porterfirm.com>
**Sent:** Thursday, February 1, 2024 2:59 PM
**To:** Guillermo Alarcon <GAlarcon@abaustin.com>
**Subject:** RE: 4:22-cv-003730

# EXHIBIT "A"

Good afternoon Guillermo,

Following the deposition, we discussed the production of emails from Oxberry employee Barry Espinosa. While we don't agree these emails would be subject to the discovery requests served on Grant Meadows, we have voluntarily reviewed his records for any documents related to this lawsuit, including emails that did not include Mr. Jamea. I have attached these documents for your review.

If you have any trouble accessing the files, please let me know.

[PROD004-65ba6f868f082b6387986caa.zip](PROD004-65ba6f868f082b6387986caa.zip)

Best regards,

**Weston Ray**
Attorney



**d** 713.533.1933 | **c** 512.563.8114
**2221 S. Voss | Houston, TX 77057**

     [PorterFirm.com](PorterFirm.com)

The contents of this email message are confidential and may be attorney-client privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately **notify** the sender by reply email or phone and **delete** this message and its attachments, if any. This communication does not reflect an intention by the sender or the sender's client or principal to conduct a transaction or make any agreement by electronic means or to constitute an electronic signature. As required by the United States Treasury Regulations, this communication is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding penalties that may be imposed under the United States federal tax laws.