UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-03730 |
| | § | |
| GRANT MEADOWS, L.L.C. | § | |
| *Defendant*, | § | |

**ORDER TO INTERPLEAD FUNDS INTO THE REGISTRY AND FOR DISMISSAL WITH PREJUDICE OF FIDELITY NATIONAL TITLE INSURANCE COMPANY**

This matter comes before this Court on Third-Party Plaintiff Fidelity National Title Insurance Company ("FNTIC") Agreed Motion to Interplead Funds and the Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that FNTIC shall interplead the amount of $500,000 by certified check, cashier's check, or money order be made payable to the Clerk of this Court.

**IT IS FURTHER ORDERED** that pursuant to Rule 67, the Clerk shall accept and deposit the $500,000 check in an interest-bearing Government Account Series securities via the Court Registry Investment System ("CRIS") administered by the Administrative Office of the United States Courts and shall remain on deposit until further order of the Court governing the distribution of the proceeds.

**IT IS FURTHER ORDERED** that upon delivery of the aforementioned check to the Clerk, Fidelity National Title Insurance Company shall be discharged from all liability and duties with respect to the amount interplead by FNTIC and in connection with the Court's determination of the proper payee(s) of the funds.

**IT IS FURTHER ORDERED** that all parties in this action are restrained and enjoined from commencing any action against Fidelity National Title Insurance Company seeking recovery of the interplead funds.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 23rd of February, 2024.

_(signature)_
Honorable Keith P. Ellison
United States District Judge

| FIDELITY NATIONAL LAW GROUP | Armrest & Brown, PLLC | Porter Law Firm |
|---|---|---|
| _(signature)_ Manuel Torres | *by permission* s/*Guillermo Alberto Alarcon* Matthew Baumgartner | _(signature)_ J. Robert MacNaughton |
| 24046986 | 24062605 | 00789944 |
| Gregory T. Brewer | Guillermo Alberto Alarcon | robert@porterfirm.com |
| 00792370 | 24099176 | 2221 S. Voss Rd |
| 6900 Dallas Parkway, Suite 610 | David King | Houston, Texas 77057 |
| Plano, Texas 75024 | 24083310 | Tel: 713.621.0700 |
| Phone: (972) 281-0422 | 100 Congress Ave Suite 1300 | Fax: 713.621.0709 |
| Fax: 972-812-9408 | Austin, TX 78701 | Attorneys for Defendant/ |
| Email: Manuel.Torres@fnf.com | Telephone: | Counter-Plaintiff |
| Attorneys for FIDELITY NATIONAL TITLE INSURANCE COMPANY | Facsimile: Attorneys for Plaintiff/Counter-Defendant | |