**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF TEXAS**

## HOUSTON DIVISION

KH–REIT II Funding XXII, LLC
    *Plaintiff(s),*

v.                                                          Case No. 4:22–cv–03730

Grant Meadows, L.L.C., et al.
    *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Compel – #35

DATE:   **2/27/2024**

TIME:   **02:00 PM**

HAS BEEN SET BEFORE

### JUDGE KEITH P. ELLISON

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                           Date: February 23, 2024

By Deputy Clerk, A. Rivera