UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KH-REIT II FUNDING XXII, LLC, § § *Plaintiff*, § VS. § **CIVIL ACTION NO. 4:22-CV-3730** § GRANT MEADOWS, L.L.C. and § SHAHIN JAMEA, § § *Defendants*. § | |

## ORDER

Plaintiff filed an Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment. ECF No. 48. The Motion is **GRANTED**. Plaintiff has until March 15, 2024 to file a reply in support of its pending motion for summary judgment.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 4th day of March, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE