# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KH-REIT II FUNDING XXII, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-3730 |
| | § | |
| GRANT MEADOWS, L.L.C. and | § | |
| SHAHIN JAMEA, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff filed an Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment. ECF No. 50. The Motion is **GRANTED**. Plaintiff has until March 22, 2024 to file a reply in support of its pending motion for summary judgment.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 14th day of March, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE